FILED

MAR 21 2017

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

| | |
|---|---|
| JOSEPH GARY BAXTER and PATRICIA MARY BAXTER,<br><br>        Petitioners-Appellees,<br><br>v.<br><br>UNITED STATES OF AMERICA,<br><br>        Respondent-Appellant. | No. 16-15999<br><br>D.C. No. 4:15-cv-04764-YGR<br>Northern District of California, Oakland<br><br>ORDER |

    The motion (Docket Entry No. 39) of Zerbe, Miller, Fingeret, Frank & Jadav, LLP to file an amicus curiae brief out of time shall be referred to the panel that will consider the merits of the case for resolution.

    Within 7 days after the date of this order, amici curiae is ordered to file 7 copies of the brief in paper format, with a green cover, accompanied by certification (attached to the end of each coy of the brief) that the brief is identical to the version submitted electronically. A sample certificate is available on the Court's website, www.ca9.uscourts.gov the Electronic Filing - ECF Link. The paper copies shall be printed from the PDF version of the brief created from the word processing application, not from PACER or Appellate ECF. The paper copies shall be submitted to the principal office of the Clerk. For regular U.S. mail, the address is P.O. Box 193939, San Francisco, CA 94110-1526.

LK/Pro Mo

Appellant's opposition (Docket Entry No. 40) to the motion to file an amicus brief and request to file a responsive brief is referred to the panel that will consider the merits of the case. Within 30 days after the date of this order appellant shall submit a proposed brief, not to exceed 7,000 words, in response to the amicus brief. The proposed responsive brief will be lodged for such consideration as the panel that considers the case on the merits deems appropriate.

Petitioners-Appellees' motion (included in Docket Entry No. 41) to file a late response to the motion for leave to file an amicus brief is granted. Petitioners-Appellees' response (Docket Entry No. 41) is referred to the panel that will consider the merits of the case.

The Clerk shall file the answering brief submitted January 2, 2017 at Docket Entry No. 28, and the reply brief submitted February 2, 2017 at Docket Entry No. 33.

FOR THE COURT:

MOLLY C. DWYER
CLERK OF COURT

By: Linda K. King
Deputy Clerk
Ninth Circuit Rule 27-7